**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California (State)

Case number (If known): _____ Chapter 7

☑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**: California Museum of Art Thousand Oaks

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   Museum of Glass & Sculpture

3. **Debtor's federal Employer Identification Number (EIN)**: 80-0223010

4. **Debtor's address**:

   **Principal place of business**
   223 E. Thousand Oaks Blvd. #
   Number    Street
   
   Thousand Oaks    CA    91360
   City    State    ZIP Code
   
   Ventura
   County

   **Mailing address, if different from principal place of business**
   Number    Street
   
   P.O. Box
   
   Thousand Oaks
   City    State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   Number    Street
   
   City    State    ZIP Code

5. **Debtor's website (URL)**: www.cmato.org

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor ___California Museum of Art Thousand Oaks___   Case number (if known)_____
       Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  California Museum of Art Thousand Oaks        Case number (if known) _____
        Name

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☑ No
   ☐ Yes.  District _____  When ___/___/_____ MM/DD/YYYY  Case number _____
   If more than 2 cases, attach a separate list.
           District _____  When ___/___/_____ MM/DD/YYYY  Case number _____

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☑ No
    ☐ Yes.  Debtor _____        Relationship _____
            District _____      When ___/___/_____ MM/DD/YYYY
    List all cases. If more than 1, attach a separate list.
            Case number, if known _____

11. Why is the case filed in *this district*?
    Check all that apply:
    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    **Why does the property need immediate attention?** (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____
    
    Where is the property? _____
                          Number   Street
    _____
    City                          State ZIP Code
    
    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  California Museum of Art Thousand Oaks  Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

    Check one:
    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99       ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

15. **Estimated assets**

    ☑ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
    ☐ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
    ☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
    ☑ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
    ☐ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  6/19/2023
                MM / DD / YYYY

    X _____          Len Linton
    Signature of authorized representative of debtor      Printed name

    Title  Board Member and Treasurer

Debtor __California Museum of Art Thousand Oaks__     Case number (*if known*)_____
      Name

18. **Signature of attorney**    X _[signature]_    Date  __6-19-2023__
          Signature of attorney for debtor       MM / DD / YYYY

Steven M. Gluck, Esq.
Printed name
Law Offices of Steven M. Gluck
Firm name
1313 Post Ave
Number    Street
Torrance                                    CA    90501
City                                        State    ZIP Code

(818) 267-4718                              sgluck@juno.com
Contact phone                               Email address

80097                                       CA
Bar number                                  State